**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**WAYLON GORDON**                                                                              **PLAINTIFF**

**VS.**           **CASE NO.  5:13CV00043 SWW/JTR**

**CAROLYN W. COLVIN,**
**Acting Commissioner, Social**
**Security Administration**                                                                   **DEFENDANT**

## ORDER

The Court has received proposed Findings and Recommendations from United States Magistrate Judge J. Thomas Ray.  After careful review of those Findings and Recommendations, and the timely objections received thereto, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's request for relief is DENIED and the Commissioner's decision is AFFIRMED.

IT IS SO ORDERED THIS 29TH  DAY OF JULY, 2014.


                                                                /s/Susan Webber Wright
                                                                UNITED STATES DISTRICT JUDGE